**Electronically Filed
Supreme Court
SCWC-11-0000458
20-FEB-2013
12:13 PM**

SCWC-11-0000458

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

SKYLER RAY FARREN,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000458; FC-CR. NO. 10-1-2274)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack JJ.)

Petitioner/Defendant-Appellant Skyler Ray Farren's

application for writ of certiorari, filed January 22, 2013, is

hereby rejected.

DATED:  Honolulu, Hawaiʻi, February 20, 2013.

Taryn R. Tomasa                    /s/ Mark E. Recktenwald
for the petitioner
                                   /s/ Paula A. Nakayama

                                   /s/ Simeon R. Acoba, Jr.

                                   /s/ Sabrina S. McKenna

                                   /s/ Richard W. Pollack

